UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:19-cv-02286-DSF (SK) | Date | March 2, 2020 |
|---|---|---|---|
| Title | Fernando Alves Carvalho v. DHS et al. | | |

**Present: The Honorable** Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On November 27, 2019, Petitioner, a U.S. Immigrations and Customs Enforcement detainee, filed a habeas petition under 28 U.S.C. § 2241, challenging his detention during removal proceedings. (ECF 1). On January 2, 2020, Respondents moved to dismiss the Petition because, among other reasons, Petitioner is subject to mandatory detention during removal proceedings. (ECF 7). Petitioner's opposition was due February 1, 2020, but none has been filed as of this order. (ECF 4 at 2).

THEREFORE, Petitioner is **ORDERED TO SHOW CAUSE** on or before **March 23, 2020** why his Petition and this action should not dismissed. **Petitioner may discharge this order by filing an opposition to the motion to dismiss by no later than March 23, 2020**. Alternatively, if Petitioner no longer wishes to pursue this action, he may voluntarily dismiss the action using the attached form CV-09. *See* Fed. R. Civ. P. 41(a).

**Failure to file a voluntary dismissal or timely response to this order may result in involuntary dismissal of this action for failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1; 7-12.

**IT IS SO ORDERED.**