JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ALVES CARVALHO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DHS et al.,<br><br>　　　　　　Respondents. | Case No. 5:19-cv-02286-DSF (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Respondents' Motion to Dismiss Action, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied as moot and this action is dismissed.

DATED:  May 4, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE